No. 1, original. GEORGIA *v.* TENNESSEE COPPER Co. ET AL. May 16, 1938. Decree entered vacating all orders and decrees which have heretofore been entered in this cause against The Ducktown Sulphur, Copper & Iron Company, Ltd., and Tennessee Copper Company excepting insofar as they relate to the taxation of costs, and the cause dismissed. A rule is ordered to issue returnable on May 26, next, requiring the Ducktown Chemical & Iron Company to show cause why it should not pay costs charged against the defendant Ducktown Sulphur, Copper & Iron Company, Ltd. *Mr. M. J. Yeomans,* Attorney General of Georgia, for complainant. *Mr. R. M. McConnell* for Tennessee Copper Co.